*Nov. Term,*
*1856.*

THE TERRE
HAUTE AND
RICHMOND
RAILROAD Co.
v.
JONES,

The judgment is affirmed.

*L. Reilly*, for the State.

---

THE TERRE HAUTE AND RICHMOND RAILROAD COMPANY
*v.* JONES.

APPEAL from the *Putnam* Circuit Court.

*Per Curiam.*—This was a suit by *Jones* against the Company, before a justice of the peace for killing a cow, at a place where the road was not fenced, by running over it with the cars. On appeal to the Circuit Court, the plaintiff had judgment for 25 dollars, the value of the animal according to the proof.

The case is the same in principle with that of *Williams* v. *The New Albany and Salem Railroad Company*, 5 Ind. R. 111; and for the reasons there given the judgment is affirmed.

The judgment is affirmed with 10 per cent. damages and costs.

*J. P. Usher*, for the appellant.

*J. A. Matson*, for the appellee.